**FILED**

JAN 1 0 2020

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 10-0002-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| NATHANIEL JANSEN, | |
| Defendant. | |

For the reasons stated on the record, Nathaniel Jansen is hereby released

from the custody of the U.S. Marshals Service.

DATED this *10th* day of January, 2020.

Susan P. Watters

SUSAN P. WATTERS
U.S. DISTRICT JUDGE